**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 18-cv-23246-UU

MANUEL GONZALEZ,

     Plaintiff,

v.

LORENZO ENTERPRISES CORP.,

     Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Notice of Settlement (D.E. 10).  It is hereby

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED; all motions DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _6th_ day of September, 2018.

_____
 UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf