**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 18-cv-23246-UU

MANUEL GONZALEZ,

    Plaintiff,

v.

LORENZO ENTERPRISES CORP.,

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On September 6, 2018, the parties filed their notice of settlement. D.E. 10. Thereafter, the Court issued is notice of court practices and ordered the parties to file their settlement documents by October 4, 2018. D.E. 11. In that order, the Court warned that "[i]f such papers are not filed by this deadline, all pending claims will be dismissed without further notice." *Id*. To date, the parties have not filed their settlement papers. Accordingly, it is hereby

ORDERED AND ADJUDGED that the case is DISMISSED WITHOUT PREJUDICE for failure to abide by the Court's Order. The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _5th_ day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf